**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7503**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

CLAUDE SLOAN,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00004-JPJ-1; 2:20-cv-81440-JPJ)

Submitted:  February 17, 2022        Decided:  February 23, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Claude Sloan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order denying his postjudgment motion for recusal and a change of venue.[*]  Having reviewed the record and finding no reversible error, we affirm the decision of the district court.  *See United States v. Sloan*, No. 2:18-cr-00004-JPJ-1 (W.D. Va. Oct. 13, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Sloan's pleading is captioned as a petition for "Recusal," "Venue," "Bias and Prejudice," and "Compassionate Release"; however, in the body of the pleading, Sloan requests only recusal and a change of venue.  *See United States v. Little*, 392 F.3d 671, 677 (4th Cir. 2004) (observing that pro se pleadings are classified according to their contents rather than their captions).